United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14516-elf
Glenn Borochaner                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 11, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
db             +Glenn Borochaner,    501 Windmere Way,    New Hope, PA 18938-9540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
          PAUL H. YOUNG   on behalf of Debtor Glenn  Borochaner ykassoc@gmail.com,   ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 3

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**IN RE:   GLENN BOROCHANER**             :             **CHAPTER 13**
                                                        :
            **Debtor**                                  :             **NO. 16-14516**

### ORDER

　　　AND NOW, this    11th         day of         July        , 2016, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted  **until July 25, 2016**  in which to file the  Debtors' Schedules,

 Statement of Affairs,  Form B22C, Chapter 13 Plan, and two months income information.




_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**