United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14516-elf
Glenn Borochaner                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1           Date Rcvd: Jan 19, 2017
                               Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
```
db              +Glenn Borochaner,   501 Windmere Way,   New Hope, PA 18938-9540
13750329        +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
13750331        +Debt Recovery Solution,   900 Merchants Conc,   Westbury, NY 11590-5142
13750330        +Debt Recovery Solution,   Attention: Bankruptcy,   6800 Jericho Turnpike  Ste 113e,
                  Syosset, NY 11791-4401
13750333        +First Data,   265 Broad Hollow R,   Melville, NY 11747-4833
13750332        +First Data,   5565 Glenridge,   Connector NE Ste 2000,   Atlanta, GA 30342-1335
13786734        +The Bank of New York Mellon, as,   Trustee for CIT Mortgage Loan Trust,   2007-1,
                  Caliber Home Loans, Inc.,   P.O. Box 24330,   Oklahoma City, OK 73124-0330
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:06     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:51     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13754374         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 20 2017 02:57:43
                  American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
                  Oklahoma City, OK  73124-8838
13758668         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:12
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13751557         E-mail/Text: bnc-quantum@quantum3group.com Jan 20 2017 02:46:56
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750334       Maple Finance Company
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of     JP MORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Glenn   Borochaner ykassoc@gmail.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENN BOROCHANER                                    Chapter 13

                Debtor              Bankruptcy No. 16-14516-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
GLENN BOROCHANER

501 WINDMERE WAY

NEW HOPE, PA 18938